# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

### Hearing Information

| | | | |
|---|---|---|---|
| Debtor(s): | TRAVEL CONCEPTS LLC | Case Number: | 20-03281-ESL11 |
| | | Chapter: | 11 |
| Date / Time / Room: | 10/13/2020 at 9:30 AM | Courtroom: | Skype Business Video & Audio Conferencing |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BUJOUVEN | | |
| Reporter/ECR: | MARIA TERESA FRONTERA | | |

### Minute Entry Status Conference Chapter 11

**Matter:**
Status Conference 11. fee status report (dkt.#29)

**Appearances:**

☐ Debtor — Charles A. Cuprill
☒ Debtor's Attorney — Jose C. Diaz
☒ US Trustee — José Diaz Crespo, Subchapter V Trustee

☒ Movant/Creditors/Others: Naymer Zouratini, Esq., Evertec; Hector Moyres; Astrid Colon Nejron; Kenneth Mojica; Luis Daniel Rose; Beatriz Meves; Emil Finler; Gloria Cruz; Priscilla Torres; Felix Gonzalez

**Proceedings:**

Small Business: Yes Subchapter V Chapter 11. Nature of Business: Travel agency

Reasons filing bankruptcy: ___ Cash flow problem ___ Stop an eviction process ___ Stop an execution of a Judgment
Other: As a result of Covid-19 pandemic paid travel reservations canceled resulting in hundreds of claims.

Time table to file Disclosure Statement and the Plan: October 30, 2020. Debtor intends to classify creditors in three classes 1) pay 100% to all or 2) give 100% credit for future travel and 3) pay 100% when amounts refunded.

Estimated professional fees: $ 50,000 – 75,000, including Subchapter V Trustee fees.

Anticipated significant event: None. Application to employ financial consultant (#40) will be granted if no opposition filed by 10/21/20, otherwise it will be set for hearing if no opposition.

Need for future status conference: Yes ___ No X Rescheduled for: ___

New 341 meeting scheduled for: re: 10/19/20 at 9:00 A.M. See dkt. #31.

Other: Subchapter V Trustee coordinating with Debtor's counsel examination of inter-company accounts and transfers. Debtor's counsel informs that claims received at his office will be delivered to the Clerk of court. Evertec informs that credit card processing agreement has not been included as an executory contract.

Court states the importance of balancing due process with civility and courtesy in holding hearings via electronic platforms.

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge